UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>                                     Plaintiff,<br><br>                    v.<br><br>UNITED STATES,<br><br>                                     Defendant. | Court No.  13-00235 |

## SUMMONS

To the Above-Named Defendant:

You are hereby summonsed to serve upon the plaintiff's attorney, whose name and address appear below, an answer to the complaint which is hereby served upon you, within 60 days after the service of summons upon you, exclusive of any day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint:

L.S.

/s/ Tina Potuto Kimble
Clerk of the Court

Counsel for Plaintiff

Frederic D. Van Arnam, Jr.
Barnes, Richardson & Colburn
475 Park Avenue South
New York, NY 10016
(212) 725-0200 ex. 126

Dated: June 27, 2013
       New York, New York

/s/_____
Frederic D. Van Arnam, Jr.

## APPENDIX 1

| Port Code | Entry Number | Date of Entry | Demand Date | |
|---|---|---|---|---|
| | | | | |
| 2704 | 316-0539408-4 | 03/29/06 | 01/16/09 | |
| 2704 | 316-0539405-0 | 03/29/06 | 01/16/09 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Certificate of Service by Mail

Frederic D. Van Arnam, Jr. certifies that I am an attorney at the law firm of Barnes, Richardson & Colburn, LLP located at 475 Park Avenue South, New York, New York 10016, and that on June 27, 2013, on behalf of defendant herein in *v. Hartford Fire Insurance Company v. United States,* Court No. 13-00235, I caused to be placed in the United States mail, first class postage prepaid, a copy of the attached Summons addressed as follows:

> Barbara S. Williams, Esq.
> Attorney-in-Charge
> U.S. Department of Justice
> Civil Division,
> Commercial Litigation Branch
> International Trade Field Office
> 26 Federal Plaza
> New York, New York 10278

s/_____
   Frederic D. Van Arnam, Jr.